```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23663
    CORAZON M BANCOLITA
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-7982


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 12/17/2007 and was confirmed 02/25/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 07/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED          5566.10              .00             .00
ORANGE LAKE COUNTRY CLUB  SECURED NOT I      6146.80              .00             .00
ORANGE LAKE COUNTRY CLUB  UNSECURED           702.78              .00             .00
CITY OF CHICAGO WATER DE  SECURED             264.00              .00           30.00
COOK COUNTY TREASURER     SECURED            2661.00              .00           30.00
BARCLAYS CAPITAL REAL ES  CURRENT MORTG         .00               .00             .00
BARCLAYS CAPITAL REAL ES  MORTGAGE ARRE         .00               .00             .00
LIGHTHOUSE FINANCIAL GRO  SECURED VEHIC      3400.00            14.04           30.96
AFNI INC                  UNSECURED         NOT FILED             .00             .00
BAKER MILLER MARKOFF & K  NOTICE ONLY       NOT FILED             .00             .00
BAKER MILLER MARKOFF & K  UNSECURED         NOT FILED             .00             .00
CAPITAL ONE               UNSECURED          4724.09              .00             .00
CITY OF CHICAGO           UNSECURED         NOT FILED             .00             .00
CITY OF CHICAGO           UNSECURED         NOT FILED             .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED         NOT FILED             .00             .00
FIRST FUNDS LLC           UNSECURED         NOT FILED             .00             .00
FREMONT INVESTMENT & LOA  UNSECURED         NOT FILED             .00             .00
HSBC BANK NEVADA NA       UNSECURED           756.58              .00             .00
INOVATIVE BK              UNSECURED          9219.34              .00             .00
LAKESHORE WASTE SERVICES  UNSECURED         NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED          2917.78              .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED             .00             .00
TOWNECRAFT INC            UNSECURED          2136.17              .00             .00
DIRECT LOANS BANKRUPTCY   UNSECURED           166.37              .00             .00
VIA TIMES                 UNSECURED         NOT FILED             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY              .00               .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,860.50                          1,620.26
TOM VAUGHN                TRUSTEE                                               149.74
DEBTOR REFUND             REFUND                                                  .00


                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23663 CORAZON M BANCOLITA
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   1,875.00

PRIORITY                                                 .00
SECURED                                                90.96
    INTEREST                                           14.04
UNSECURED                                                .00
ADMINISTRATIVE                                      1,620.26
TRUSTEE COMPENSATION                                  149.74
DEBTOR REFUND                                            .00
                       ---------------        ---------------
TOTALS                    1,875.00                1,875.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 10/22/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```